1  Richard Morin (SBN 285275)
2  Law Office of Rick Morin, PC
   500 Newport Center Drive Suite 610
3  Newport Beach, CA 92660
4  Phone: (949) 996-3094
   Email: legal@rickmorin.net
5
6  Attorneys for Plaintiff

7

8              **UNITED STATES DISTRICT COURT**
9             **CENTRAL DISTRICT OF CALIFORNIA**

10

11 | PIPER DEBBIE STULTZ,              | Case No. **2:22-cv-07184-FLA-E**
12 |                                   |
13 |              Plaintiff,           | **NOTICE OF SETTLEMENT**
   |     v.                            |
14 |                                   |
15 | LB 4 FISH, LLC,                   |
16 |              Defendant.           |
17

18       Plaintiff Piper Debbie Stultz hereby notifies the Court that the parties have
19 reached a global settlement in this case. Plaintiff will file dispositional documents no
20 more than 30 days from today's date.

21       Respectfully submitted,

22       Dated: October 19, 2023                Law Office of Rick Morin, PC

23                                              _[signature]_

24                                              _____

25                                              By: Richard Morin
                                                Attorneys for Plaintiff
26

27

28

LAW OFFICE OF
RICK MORIN